Prepared by State Reporter from Appeal Papers

department, entered April 16, 1926, which reversed an order of Special Term denying 'a motion by defendant to set aside service of the summons and complaint, and granted said motion. Defendant, a non-resident alien, was served with the summons and complaint herein while attending court as a witness in an action brought by him against the plaintiff herein.

The following question was certified: " Is a non-resident alien party, who himself begins litigation in this State in his own interest against a citizen of the State, amenable to the service of a summons and complaint in an action brought by the citizen, where the claim upon which the suit of the citizen is brought existed at the time the action was instituted by the non-resident, but could not be availed of as a defense or counterclaim therein? "

*Ralph A. Gilchrist* and *Charles T. Lark* for appellant.
*Melville H. Cane* for respondent.

Order affirmed, with costs; question certified answered in the negative; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, ANDREWS, LEHMAN, KELLOGG and O'BRIEN, JJ.

---

BENJAMIN STOLZ, as Trustee in Bankruptcy of GLENS FALLS JOBBING HOUSE, INC., Appellant, *v.* WILLIAM I. GINSBURG et al., Respondents.

*Corporations — directors — pleading — action by trustee in bankruptcy of bankrupt corporation to recover from directors the amount of unpaid notes accepted in payment for stock — sufficiency of complaint.*

*Stolz v. Ginsburg,* 217 App. Div. 701, affirmed.
(Argued February 23, 1927; decided March 29, 1927.)

APPEAL, by permission, from an order of the Appellate Division of the Supreme Court in the third judicial department, entered May 11, 1926, which affirmed an order of Special Term granting a motion for a dismissal of the complaint. The action was brought by the trustee in bankruptcy against directors of the bankrupt corpora-

tion to recover the amount of certain unpaid notes accepted by them in payment for stock of the corporation.

The following question was certified: " Does the complaint herein state facts sufficient to constitute a cause of action against the defendants? "

*A. Lee Olmsted* for appellant.

*John H. Barker* for respondents.

Order affirmed, with costs; question certified answered in the negative; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, ANDREWS, LEHMAN and O'BRIEN, JJ. Not sitting: KELLOGG, J.

---

ASSETS REALIZATION COMPANY, Respondent, *v.* STEPHEN T. LOCKWOOD et al., as Executors of PHILIP W. ROTH, Deceased, Appellants.

*Practice — reference — motion for compulsory reference properly granted.*

*Assets Realization Company* v. *Lockwood*, 217 App. Div. 784, affirmed. (Argued February 23, 1927; decided March 29, 1927.)

APPEAL, by permission, from an order of the Appellate Division of the Supreme Court in the fourth judicial department, entered June 29, 1926, which affirmed an order of Special Term granting a motion for a compulsory reference. The action was to recover on an alleged contract of indemnity guaranteeing the plaintiff's predecessor from loss it might sustain by reason of advances in connection with the liquidation of another bank.

The following question was certified: " Will the trial of this action involve the examination of a long account without the necessity of deciding difficult questions of law, so as to make it referable as provided in section 466 of the Civil Practice Act? "

*W. C. Carroll* for appellants.

*Edward R. Bosley* and *Carlos C. Alden* for respondent.

Order affirmed, with costs; question certified answered in the affirmative; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, ANDREWS, LEHMAN, KELLOGG and O'BRIEN, JJ.